IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TEDDY BRUCE POLSTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4112

Opinion filed August 25, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Teddy Bruce Polston, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the December 15, 2014, judgments and sentences in Holmes County Circuit Court case numbers 2014-000093-CFAXMX, 2014-000150-CFAXMX, 2014-000154-CFAXMX and 2014-000165-CFAXMX.

Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.